IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:11-cr-154-DPM

JAMES PATRICK KELLY                                                   DEFENDANT

## ORDER

Kelly recently entered a guilty plea in state court to a similar crime. *Document No. 22*. The Court therefore approves the Government's notice dismissing the indictment without prejudice. FED. R. CRIM. P. 48(a).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2012